STATE OF NEW JERSEY v. ARTHUR RICHARDSON.

September 26, 1989.

Petition for certification denied.

RUTGERS, COUNCIL OF AAUP CHAPTERS v. RUTGERS, THE STATE UNIVERSITY.

September 26, 1989.

Petition for certification denied.